Simmons, Jannace & Stagg, L.L.P.
Attorneys for Defendant
Chase Bank USA, N.A
75 Jackson Avenue
Syosset, New York 11791
(516) 357-8100
Jacqueline M. Della Chiesa (jd-4184)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>NIGEL ANTHONY RUSSELL and<br>DIANE RUSSELL,<br><br>      Debtor. | Case No.: 02-14638-cec<br>Chapter 7 |
| NIGEL ANTHONY RUSSELL,<br><br>      Plaintiff,<br><br>  v.<br><br>CHASE BANK USA, NA,<br><br>      Defendant. | **STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br><br>A.P. No.: 06-01502-cec |

THIS MATTER in difference in the above-entitled action having been amicably adjusted

by and between the debtor, Nigel Anthony Russell and Chase Bank USA, N.A., it is hereby

STIPULATED AND AGREED that the within action be dismissed with prejudice, without costs

against either party.


Dated: Syosset, New York
  March 21, 2008


Fleischman Consumer Law Center    Simmons, Jannace & Stagg, L.L.P.

By:  /s/ Jay S. Fleischman    By: /s/ Jacqueline M. Della Chiesa
  Jay S. Fleischman       Jacqueline M. Della Chiesa
Attorney for Plaintiff        Attorneys for Chase Bank USA, N.A.

So ORDERED

s/ CARLA E. CRAIG    USBJ    4/14/08

315 Flatbush Avenue, #401
Brooklyn, New York 11217
(646) 722-8649

**Office & P.O. Address:**
75 Jackson Avenue
Syosset, New York  11791
(516) 357-8100

stip dism ECF