Simmons, Jannace & Stagg, L.L.P.
Attorneys for Defendant
Chase Bank USA, N.A
75 Jackson Avenue
Syosset, New York 11791
(516) 357-8100
Jacqueline M. Della Chiesa (jd-4184)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> NIGEL ANTHONY RUSSELL and <br> DIANE RUSSELL, <br><br> Debtor. <br><br> NIGEL ANTHONY RUSSELL, <br><br> Plaintiff, <br> v. <br><br> CHASE BANK USA, NA, <br><br> Defendant. | Case No.: 02-14638-cec <br> Chapter 7 <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** <br><br> A.P. No.: 06-01502-cec |

THIS MATTER in difference in the above-entitled action having been amicably adjusted by and between the debtor, Nigel Anthony Russell and Chase Bank USA, N.A., it is hereby STIPULATED AND AGREED that the within action be dismissed with prejudice, without costs against either party.

Dated: Syosset, New York
       March 21, 2008

Fleischman Consumer Law Center                Simmons, Jannace & Stagg, L.L.P.

By:   /s/ Jay S. Fleischman                   By: /s/ Jacqueline M. Della Chiesa
      Jay S. Fleischman                            Jacqueline M. Della Chiesa
      Attorney for Plaintiff                       Attorneys for Chase Bank USA, N.A.

So ORDERED
s/ CARLA E. CRAIG  USBJ  4/14/08

315 Flatbush Avenue, #401  
Brooklyn, New York 11217  
(646) 722-8649  

**Office & P.O. Address:**  
75 Jackson Avenue  
Syosset, New York 11791  
(516) 357-8100  

stip dism ECF